FILED _____ ENTERED
_____ LODGED _____ RECEIVED

# CLARKE F. AHLERS, P.C.

### ATTORNEY-AT-LAW

ATHOLTON SQUARE
10450 SHAKER DRIVE, SUITE 111
COLUMBIA, MARYLAND 21046

TELEPHONE: 410.740.1444
FACSIMILE: 410.740.0048

AssistanceOfCounsel.Com

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

August 14, 2001

AUG 22 2001

Civil Clerk
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

        Re: *Michele Carlson, et al. v.  Cheverly Police Department, et al.*
            Case No. PJM 01 CV 2312

Dear Sir/Madam:

        Please be aware that I do not represent Mr. William Fairall, Academy Investigations, or any other defendant (or plaintiff) in the above captioned matter.

        Mr. Fairall and Academy Investigations will have other counsel enter an appearance immediately.

                                Very truly yours,

                                Clarke F. Ahlers, Esquire

CFA/dr


cc: William Fairall

        Edward Smith, Jr., Esquire
        Lynn C. Williamson, Esquire
        Russell A. Neverdon, Esquire
        2225 St. Paul Street
        Baltimore, Maryland 21218
        Attorneys for Plaintiffs

"APPROVED" THIS ____ DAY OF
of _____, 20 ___.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE